UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RE: | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO. 18-61454 |
| DEBORAH ANN PARKER | ) | |
| | ) | JUDGE: RUSS KENDIG |
| Debtors | ) | |
| | ) | |
| | ) | |

## STAY AND PRELIMARY INJUNCTION ON AGAINST ALEXANDER A. ZUMBAR STARK COUNTY TREASURER.

On July 18, 2018, the Debtor, Deborah A. Parker filed Bankruptcy in the United States Bankruptcy Court of the Northern District of Ohio.

On July 25, 2018, a Motion of Automatic Stay was filed with Bankruptcy Court Judge Russ Kendig.

On July 25, 2018, the Debtor Deborah A. Parker filed a Motion of Stay with Stark County Common Pleas Court Judge Frank G. Forchione.

On July 25, 2018, Stark County Prosecutor, John Anthony filed a Motion to Collect a debt of delinquent taxes on my property located at 3439 Dueber Avenue S. W., Canton, Ohio, Parcel # 13-10029. The property at 2418 Bollinger Avenue N.E., Canton, Ohio, Parcel No. is overpaid in close to or over $3,000.00

Alexander A. Zumbar has not yet present evidence to secure a Sheriff Sale schedule for August 7, 2018, to even secure a Sheriff Sale.

Alexander A. Zumbar, Stark County Treasurer claimed he his petition to Judge Russ Kendig that I have filed bankruptcy in Case Number 17-60277, Case No. 17-61133, Case No. 18-61181, and this case now pending.

The Debtor, Deborah A. Parker has enclosed vital information about her mental disability and Stark County Treasurer has taken full advantage of the Debtor.

The United States Department of Housing Urban Development is investigating these issues of overpayment of delinquent Property taxes.

Stark County Treasurer has no right to stop this Bankruptcy petition nor to keep the Debtors, Deborah A. Parker located at 3439 Dueber S.W., Canton, Ohio, Parcel # 13-10029, under control.

On June 5, 2018, the property was broken into, by Alexander A. Zumbar putting the Debtor's Deborah A. Parker property located at 3439 Dueber S.W., Parcel No,13-10029. The Property has been listed on May 30, 2018, June 20, 2018, for Sheriff Sales that has been the Dector's property and the next doors property at risk to undesirables.

This is another Motion for Stay and Preliminary Injunction for Bankruptcy filed on July 18, 2018, Case No. 61454.

Please find attached Stark County Sheriff report of breaking and entering filed on June 5, 2018, at the Debtor, Deborah A. Parker home at 3439 Dueber S.W., Canton, Ohio, Parcel No. 13-10029.

**Exhibit (A) Copy of Breaking and Entering Report with Stark County Sheriff office on June 5, 2018.**

Respectfully submitted,

Deborah A. Parker, Pro Se

Exhibit A.

| | | | INCIDENT NUMBER | INCIDENT TYPE |
|---|---|---|---|---|
| | | | 18 27055 | Offense |
| NATURE CODE: | BERP B&E Report | | CLEARANCE CODE: J | COMPLETION DATE: |
| | | | A DEATH OF OFFENDER<br>B PROSECUTION DECLINED<br>C EXTRADITION DECLINED<br>D VICTIM REFUSED TO COOPERATE<br>E JUVENILE / NO CUSTODY<br>F ARREST - ADULT | G ARREST - JUVENILE<br>H WARRANT ISSUED<br>I INVESTIGATION PENDING<br>J CLOSED<br>K UNFOUNDED<br>U UNKNOWN<br>Z COLD CASE |
| GEO CODE: | CANTON | | | |
| Detailed GEO Code: | CANTON | | | |
| TOD: | 13:53 | | CLEARANCE DATE/TIME | CLEARED BY |
| TOA: | 13:58 | | 6/5/2018 15:00 | 55 |
| SPECIAL SECTION: | | | | |

## Stark County Sheriff's Office
### Initial Incident Report

| REPORT DATE / TIME | | | | INCIDENT OCCURED FROM | | | | INCIDENT OCCURED TO | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MONTH | DAY | YEAR | TIME | MONTH | DAY | YEAR | TIME | MONTH | DAY | YEAR | TIME |
| 6 | 5 | 2018 | 13:58 | 5 | 24 | 2018 | 08:00 | 5 | 30 | 2018 | 21:00 |

| COUNTY: | Stark County | FIPS Code: | (12014) Canton (Township of) |
|---|---|---|---|

| INCIDENT LOCATION / REF PT. (Street, Apt, City, State, Zip): | LATITUDE | LONGITUDE | K9 USED | TYPE OF SEARCH |
|---|---|---|---|---|
| 3439 Dueber Ave Sw,Canton,Ohio - 44706 | | | No | |

| OFFENSE (OFFENSE CODE) | Count | Hate Bias | A/C | F/M & Degree | | TYPE CRIMINAL ACTIVITY |
|---|---|---|---|---|---|---|
| (2911.13) Breaking and Entering | 1 | N | C | F-5 | | (ENTER UP TO 3 FOR EACH OFFENSE)<br>B - BUYING / RECEIVING<br>C - CULTIVATING/MANUFACTURING/PUB<br>D - DISTRIBUTING / SELLING<br>E - EXPLOITING CHILDREN<br>G - OTHER GANG<br>J - JUVENILE GANG<br>N - NO GANG INVOLVED<br>O - OPERATING/PROMOTING/ASSISTING<br>P - POSSESSING / CONCEALING<br>T - TRANSPORTING / TRANSMITTING<br>U - USING / CONSUMING |

COPY PROVIDED TO: Deborah Parker
NAME  UNIT# 366
DATE 7-31-18
STARK COUNTY SHERIFF'S OFFICE

### LOCATION OF THE OFFENSE

01

**RESIDENTIAL STRUCTURE**
01 Single Family Home
02 Multiple Dwelling
03 Residential Facility
04 Other Residential
05 Garage / Shed

**PUBLIC ACCESS BUILDING**
06 Transit Facility
07 Government Office
08 School
09 College
10 Church
11 Hospital
12 Jail/Prison
13 Parking Garage
14 Other Public Access

**COMMERCIAL LOCATIONS**
15 Auto Shop
16 Financial Institution
17 Barber / Beauty Shop
18 Hotel / Motel
19 Dry Cleaners / Laundry
20 Professional Office
21 Doctor's Office
22 Other Business Office
23 Amusement Center
24 Rental Storage Facility
25 Other Commercial Service

**RETAIL**
26 Bar
27 Buy / Sell / Trade Shop
28 Restaurant
29 Gas Station
30 Auto Sales Lot
31 Jewelry Store

32 Clothing Store
33 Drug Store
34 Liquor Store
35 Shopping Mall
36 Sporting Goods
37 Grocery / Supermarket
38 Variety / Convenience
39 Department Store
40 Other Retail Store
41 Factory / Mill / Plant
42 Other Building

**OUTSIDE**
43 Yard
44 Construction Site
45 Lake / Waterway
46 Field / Woods
47 Street
48 Parking Lot
49 Park / Playground
50 Cemetery

51 Public Transit Vehicle
52 Other Outside Location

53 Abandoned/Condemned Structure
54 Amusement Park
55 Arena/Stadium/Fairgrounds/Coliseum
56 Atm Machine Separate From Bank
57 Camp/Campground
58 Cargo Container
59 Daycare Facility
60 Dock/Wharf/Freight/Modal Terminal
61 Farm Facility
62 Gambling Facility/Casino/Race Track
63 Military Installation
64 Rest Area
65 Shelter-Mission/Homeless
66 Tribal Lands
67 Library
77 Other Location

**LARCENY TYPE**
23A Pocket Picking
23B Purse Snatching
23C Shoplifting
23D Theft from building
23E Theft from Coin-Op Machine
23F Theft from Motor Vehicle
23G Motor Vehile Parts/Access
24O Theft of Motor Vehicle
23H Other

**SUSPECTED OF USING**
☐ ALCOHOL
☐ DRUGS
☐ COMPUTER EQUIP
■ NOT APPLICABLE
☐ CARGO THEFT

**METHOD OF OPERATION:** 1) Other

| METHOD OF ENTRY | METHOD OF ENTRY - BURGLARY / B&E | | | | | | METHOD OF ENTRY - MOTOR VEHICLE THEFT | |
|---|---|---|---|---|---|---|---|---|
| | ENTRY | EXIT | ENTRY | EXIT | ENTRY | EXIT | | |
| ■ Force | 2 | 2 | 1 | 1 | 3 | | | |
| ☐ No Force | 1 BASEMENT<br>2 1 ST FLOOR<br>3 2 ND FLOOR<br>4 OTHER<br>5 UNKNOWN | | 1 DOOR<br>2 WINDOW<br>3 GARAGE<br>4 SKYLIGHT<br>5 OTHER<br>6 UNKNOWN | | 1 FRONT<br>2 SIDE<br>3 REAR<br>4 ROOF<br>5 OTHER<br>6 UNKNOWN | | 01 MOTOR RUNNING/ KEYS IN CAR<br>02 UNLOCKED<br>03 DUPLICATE KEY USED<br>04 WINDOW BROKEN<br>05 TOWED | 06 HOT WIRED<br>07 SLIM JIM/COAT HANGER<br>08 TUMBLERS REMOVED<br>09 COLUMN PEELED<br>10 IGNITION PEELED |

No. Premises Entered

| TYPE OF WEAPON FORCE : | Unknown | | |
|---|---|---|---|
| REQUESTING AGENCY: | | | |

| REPORTING OFFICER: | RYAN HOSTETLER | BADGE NUMBER: 55 | DATE: 6/5/2018 |
|---|---|---|---|
| APPROVING OFFICER: | SERGEANT KONIG | BADGE NUMBER: 69 | DATE: 6/8/2018 |



# Stark County Sheriff's Office
## Initial Incident Summary

| INCIDENT NO. | REPORT DATE / TIME | PHOTO POUCH NO. |
|---|---|---|
| 18 27055 | 6/5/2018  13:58 | |

**Incident Summary**

Deborah Parker reported a breaking entering. Deborah Parker stated copper plumbing was taken. Deborah Parker advised she had no suspect information.

| Reporting Officer: RYAN HOSTETLER | Badge No: 55 | Date: 6/5/2018 |
|---|---|---|